| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WISCONSIN<br>------------------------------------------------------------X<br>MELISSA MCCABE,<br>       Plaintiff,<br> v.<br>CE SOIR LINGERIE COMPANY, INC. d/b/a<br>FASHION FORMS,<br>       Defendants.<br>------------------------------------------------------------X | Case No.: 2:24-cv-00908-BHL<br><br>DISCLOSURE STATEMENT<br>PURSUANT TO FRCP 7.1 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ce Soir Lingerie Company, Inc. d/b/a Fashion Forms, by and through its attorneys of record, Gordon Rees Scully Mansukhani, LLP, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  Milwaukee, Wisconsin
     August 17, 2024

                    Respectfully Submitted,

                    GORDON REES
                    SCULLY MANSUKHANI, LLP

                    */s/ Stephanie F. Jones*
                    Stephanie F. Jones
                    250 East Wisconsin Avenue
                    Suite 1800
                    Milwaukee, WI 53202
                    (414) 488-3999 (Phone)
                    (920) 471-1342 (Fax)
                    sfjones@grsm.com