# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELISSA MCCABE,<br><br>    Plaintiff,<br><br> v.<br><br>CE SOIR LINGERIE COMPANY, INC. DBA FASHION FORMS,<br><br>    Defendant. | Civil Action No. 2:24-cv-908 |

## NOTICE OF SETTLEMENT

  Plaintiff Melissa McCabe hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Ce Soir Lingerie Company, Inc. dba Fashion Forms. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: November 13, 2024       Respectfully Submitted,

                 */s/ Benjamin J. Sweet*
                 Benjamin J. Sweet
                 ben@nshmlaw.com
                 **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                 101 Pennsylvania Boulevard, Suite 2
                 Pittsburgh, Pennsylvania 15228
                 Phone: (412) 857-5350

                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 13th day of November, 2024.

                                                */s/ Benjamin J. Sweet*
                                                  Benjamin J. Sweet