IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELISSA MCCABE,<br><br>Plaintiff,<br><br>v.<br><br>CE SOIR LINGERIE COMPANY INC,<br><br>Defendant. | Civil Action No. 2:24-cv-0908-BHL |

## STATUS REPORT RE: SETTLEMENT

Plaintiff Melissa McCabe, by and through undersigned counsel, submits the following status report regarding the settlement of this matter. The parties remain in agreement but require an additional extension of time to finalize the dismissal. Plaintiff respectfully requests the Court set a deadline for her to file a dismissal by February 12, 2025.

Dated: January 13, 2025            Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
101 Pennsylvania Blvd., Suite 2
Pittsburgh, Pennsylvania 15228
Phone: (412) 857-5350

*Attorneys for Plaintiff Melissa McCabe*

## CERTIFICATE OF SERVICE

I certify that on the 13th day of January, 2025, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not represented by counsel or receiving CM/ECF notifications at this time.

                                                 */s/ Benjamin J. Sweet*
                                                  Benjamin J. Sweet